# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2925

_____

Linda L. Sims,

         Appellant,

    v.

Dave Fletcher, Individually and in
Official Capacity as an Employee of
the Arkansas Department of Veteran
Affairs; Doyle Batey, Individually and
in Official Capacity as an Employee of
the Arkansas Department of Veteran
Affairs,

         Appellees.

\* Appeal from the United States
\* District Court for the Eastern
\* District of Arkansas.

\* [UNPUBLISHED]

_____

Submitted: March 19, 2012
Filed: March 22, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Linda Sims appeals the district court's[1] adverse grant of summary judgment in her action claiming that her rights under the Family and Medical Leave Act were

---

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

violated, and that she was subjected to unlawful discrimination based on her gender. Following careful de novo review, see Kincaid v. City of Omaha, 378 F.3d 799, 803 (8th Cir. 2004), we conclude that summary judgment was properly granted, for the reasons stated by the district court.

Accordingly, we affirm the judgment.  See 8th Cir. R. 47B.

_____